MARY A. BRADY, as Administratrix of the Estate of PATRICK BRADY, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Brady* v. *N. Y. C. & H. R. R. R. Co.*, 136 App. Div. 896, affirmed.
(Argued February 16, 1911; decided March 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 17, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover for the death of the plaintiff's intestate alleged to have been occasioned by the negligence of defendant, his employer.

*M. Spencer Bevins* and *Abraham Oberstein* for appellant.

*John F. Brennan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: HAIGHT, J.

———————

LYNN B. PACKER et al., Appellants, *v.* JOHN R. VAN WAGENEN et al., as Executors of PEREZ PACKER, Deceased, et al., Respondents, Impleaded with Others.

W. B. MATTERSON, as Guardian ad Litem, Appellant.

*Packer* v. *Van Wagenen*, 136 App. Div. 904, affirmed.
(Argued February 16, 1911; decided March 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1910, affirming a judgment in favor of defendants entered upon a verdict directed by the court in an action to determine the validity of the will of Perez Packer, deceased.